UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ADMAR INTERNATIONAL, INC., ET AL. | CASE NO. 3:20-CV-00904 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| EASTROCK, L. L. C. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation [Doc. No. 18] of the Magistrate Judge having been considered, and the Court having conducted a *de novo* review of the entire record, including the objections to the Report and Recommendations and responses to the objections [Doc. Nos. 19 & 20], finding that the Magistrate Judge correctly stated and applied the law in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Eastrock, L.L.C. d/b/a Haakaa's motion to dismiss for lack of personal jurisdiction [Doc. No. 10] is GRANTED, and Plaintiffs' claims are hereby DISMISSED, WITHOUT PREJUDICE, in their entirety.

IT IS FURTHER ORDERED that Defendant's alternative motion to dismiss for failure to state a claim upon which can be granted [Doc. No. 10] is DENIED.

MONROE, LOUISIANA, this 23rd day of November, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ADMAR INTERNATIONAL, INC., ET AL. | CASE NO. 3:20-CV-00904 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| EASTROCK, L. L. C. | MAG. JUDGE KAREN L. HAYES |

J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that defendant, Eastrock, L.L.C. d/b/a Haakaa's motion to dismiss for lack of personal jurisdiction [doc. # 10] is GRANTED, and that plaintiffs' claims are hereby DISMISSED, WITHOUT PREJUDICE, in their entirety. Fed.R.Civ.P. 12(b)(2).

IT IS FURTHER ORDERED that defendant's motion to dismiss for failure to state a claim upon which can be granted [doc. # 10] is DENIED.

MONROE, LOUISIANA, this _____ day of _____ 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE